**Affirmed and Opinion Filed November 6, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01274-CR

## DANA M. DIGUETTE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the County Court Auxiliary Court No. 4
Dallas County, Texas
Trial Court Cause No. TR-11-13323

# MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion by Justice Lang-Miers

Dana M. Diguette was convicted of contributing to the non-attendance of her child at school. The trial court assessed a $400 fine. Appellant is representing herself in this appeal and did not file a brief. Therefore, we submitted the appeal without briefs. *See Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994). Absent briefs, no issues are before us.

Finding no fundamental error, we affirm the trial court's judgment.

ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
111274F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DANA M. DIGUETTE, Appellant

No. 05-11-01274-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court Auxiliary Court No. 4 of Dallas County, Texas (Tr.Ct.No. TR-11-13323).

Opinion delivered by Justice Lang-Miers, Justices O'Neill and FitzGerald participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered November 6, 2012.

ELIZABETH LANG-MIERS
JUSTICE